# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**Philip Tjaden,** :

    **Plaintiff,** :

                                                                       Case No. 3:20-cv-00025-TPK

**vs.** :

**Andrew Saul,** :        **Magistrate Judge Kemp**
**Commissioner of**
**Social Security,** :

    **Defendant.** :


This cause coming before the Court on the joint motion of the parties (Doc. 17), due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $4,417.75, and no costs, for a total award of $4,417.75;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's counsel; and

3. The case remains terminated on the docket of this Court.

4. Plaintiff's separate motion for attorneys' fees (Doc. 16) is denied as moot.

                                                                   **/s/ Terence P. Kemp**
                                                                   **Terence P. Kemp**
                                                                   **United States Magistrate Judge**